UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA LIPORACE,

               Plaintiff,

        -against-

CELEBRATION ORANGE COUNTY
GOSPEL FELLOWSHIP, FELLOWSHIP OF
CHRISTIAN ASSEMBLIES, and SHELLIE
SAMPSON III,

              Defendants.

**<u>ORDER</u>**

26-CV-02626 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Linda Liporace initiated this action by filing a complaint on March 31, 2026. (Doc. 1). On April 22, 2026, Plaintiff filed affidavits of service, indicating service of the summons and complaint was effectuated on Defendant Celebration Orange County Gospel Fellowship on April 17, 2026. (Doc. 5). Defendant Celebration Orange County Gospel Fellowship's answer was due May 8, 2026. The Court notes that counsel for Defendant Celebration Orange County Gospel Fellowship has entered an appearance. (Docs. 13, 15). However, to date, Defendant Celebration Orange County Gospel Fellowship has not answered or otherwise responded to the complaint.

Accordingly, by August 3, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue default judgment against Defendant Celebration Orange County Gospel Fellowship.

**SO ORDERED.**

Dated: White Plains, New York
       July 1, 2026

_____

Philip M. Halpern
United States District Judge