UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA LIPORACE,

Plaintiff,

-against-

CELEBRATION ORANGE COUNTY GOSPEL FELLOWSHIP, et al.,

Defendants.

**ORDER**

26-CV-02626 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff shall serve and file a clean and redlined version of her proposed amended pleading, in accordance with Rules 2(C) and 4(C) of the Court's Individual Practices, by no later than July 17, 2026 at 5:00 p.m.

**SO ORDERED.**

Dated: July 15, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge