# KRK

## KELLY RODE KELLY LLP

COUNSELORS AT LAW

ESTABLISHED IN 1956

- PARTNERS -
*Shawn P. Kelly*
*George J. Wilson*
*Loris Zeppieri*
*Brian M. Dunphy*
*Edward J. Kelly*
*Peter D. Garone*
*Hilary M. Wissemann*
*Stephen F. Kusnetz*
*Evan B. Feuerstein*
*Lori A. Marano*
*Elizabeth A. Horan*

- OF COUNSEL -
*Eric P. Tosca*
*James M. Furey Jr.*
*Kevin E. Way*
*Thomas G. Leverage*
*Kiel M. Doran*
*Michael P. Munro*
*Paul A. Nembach*
*Robert J. McHenry*
*Kevin M. Langevin*

- ASSOCIATES -
*Danielle C. Albertson*
*Rakhi Bahadkar*
*Mahe-Noor Baig*
*Michael J. Bartnicki*
*Jade B. Bismark*
*Antonia Bortone*
*Lindsey T. Brown*
*Emma E. Browning*
*Dennis S. Connor*
*Angelo C. Demiris*
*Marie A. Forlenza*
*Brian P. Felzer*
*Joshua S. Garton*
*Christine M. Gibbons*
[illegible]
*Dewitt B. Linton*
*Michael P. Maddaloni*
*Rachel M. Mahoney*
*Ryan J. Mulieri*
*Laurence G. McDonnell*
*Ashley M. Pappas*
*Eliyahu M. Petrikovsky*
*Susanne Portale*
*Jennifer Prusiecki*
*Fabiola A. Robles*
*Michael P. Ross*
*Brian L. Smith*
*Alana M. Sullivan*
*Michael S. Theodorou*
*Gary A. Troisi*
*Raymie G. Urcuyo*
*Kelly Zhang*

- FIRM ADMINISTRATOR -
*Thomas G. Schumm*

- IN MEMORIAM -
*John D. Kelly* (1921-2000)
*John Kenneth Rode* (1935-2025)

Application denied.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 44.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 24, 2026

*Via PACER*
Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Liporace v. Celebration Orange County Gospel Fellowship
Our File No.: EJK/EEB 221340-400
Case No.: 7:26-cv-02626

Dear Honorable Judge Philip M. Halpern:

Our office represents Celebration Orange County Gospel Fellowship in connection with this lawsuit. Please accept this as our application for an adjournment of the August 27, 2026 pre-motion telephone conference at 11:30 a.m. The reason for this request is that the undersigned has a deposition on that date that cannot be adjourned.

All parties have consented to this request and are available the following day, August 28, at any time before 1:00 p.m. or after 2:30 p.m. if that is acceptable to the Court.

Thank you.

Respectfully submitted,

KELLY, RODE & KELLY, LLP

BY: *Emma E. Browning*
EMMA E. BROWNING

cc: *All parties via PACER*